IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EVELYN DAVIS**                                                             **PLAINTIFF**

**v.**                         **No. 3:17-CV-00166-JTK**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions**
**not reserved to the Commissioner of**
**Social Security**                                           **DEFENDANT**

## **JUDGMENT**

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 29th day of June 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE